# EXHIBIT B

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

## IoU Chart – AT&T Inc. - Office@Hand

| Claim | US Patent No. 8,046,489 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1-P | A system for processing a communication session to be set up via a communication path from an originating location to a destination location through a communication network comprising a plurality of network domains, the system comprising: | To the extent the preamble is limiting, AT&T Inc. (Defendant) makes, uses, sells and/or offers to sell a system for processing a communication session to be set up via a communication path from an originating location to a destination location through a communication network comprising a plurality of network domains.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides Office@Hand that allows users to initiate communication sessions for voice calling, video calling, messaging, and/or online meetings. During the communication session, a communication path is established between the originating device and destination device. Office@Hand supports broadband networks capable of handling integrated routing (such as for voice, video, and multimedia) to carry out communication sessions. It would be apparent for a person having ordinary skill in the art that the communication path traverses multiple domains, including public and private networks ("plurality of network domains").<br><br>Further, ETSI TS 102 462 V1.2.1, a technical specification from ETSI, discusses an architecture to provide Quality of Service (QoS) to the broadband end-users. Upon information and belief, Office@Hand follows technical specifications recommended in ETSI TS 102 462 V1.2.1. |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489



Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

|  |  |  |
|---|---|---|
|  |  | 

## Streamlined Integrations

Cloud-based service that works over an existing Internet connection or pair with an AT&T networking solution for fast Internet, secure cloud, and seamless video.

Source: https://www.business.att.com/products/office-at-hand.html

- **WAN network**: Any mapping from DSCP to CoS and back must maintain end-to-end path QoS requirements.

Source: https://asecare.att.com/tutorials/quality-of-service-guidelines-network-system-requirements-att-officehand/?product=AT&T%20Office@Hand |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

|  |  |  | Figure 5.2: Functional/Architectural Framework for QoS provision<br><br>Source: https://www.etsi.org/deliver/etsi_ts/102400_102499/102462/01.02.01_60/ts_102462v010201p.pdf, Page 23<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|---|---|
|  | 1-a | a Service Level Agreement (SLA) registry, containing values for QoS related parameters that are | Defendant provides a Service Level Agreement (SLA) registry, containing values for QoS-related parameters that are representative of QoS valid for relevant domains between the originating location and the destination location, values for the QoS-related parameters being representative of QoS for respective ones of relevant domains along the communication path. |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

| | | |
|---|---|---|
| | representative of QoS valid for relevant domains between the originating location and the destination location, values for the QoS related parameters being representative of QoS for respective ones of relevant domains along the communication path; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when a communication session is established through Office@Hand, a Mean Opinion Score (MOS) ("QoS") for the established communication path is determined based on the various QoS parameters such as bandwidth, latency, and jitter, for the network domains that are within the communication path. Upon information and belief, the QoS parameters are stored in a registry which comprises the SLAs between the user and the service providers. The MOS scores are used to monitor and maintain the quality of the communication session.<br><br>**6.1  Matrix for the determination of communications QoS criteria**<br><br>The matrix in the table 2 is an extrapolation of that of ETSI ETR 003 [i.16]. If explored cell by cell, it enables to consider and hence to capture a comprehensive range of QoS requirements (SLO) for a specific service or offer, the purpose being to choose for each of these cells metrics allowing for an overall QoS evaluation.<br><br>The usage conditions in a service contract should specify the precise conditions of use of services to ensure an effective QoS assessment enables comparisons of performance to be made when the usage conditions vary. In the definitions given above or hereafter for each cell, the words "specified conditions" refer to the contract between the customer and the provider (SLA) that can be based on any national or European regulations or a mutual agreement while "stated conditions" refer to sales conditions made publicly available by the provider. Obviously, as highlighted above, it is crucial that the contract details the QoS specifications.<br><br>Source: https://www.etsi.org/deliver/etsi_eg/202000_202099/20200901/01.03.00_50/eg_20200901v010300m.pdf, Page 22 |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

|  |  |  |
|---|---|---|
|  |  | AT&T Office@Hand supports and provisions multiple endpoint types: hard phones (Polycom and Cisco devices), desktop (soft client), mobile (application for Android and iPhone), AT&T Office@Hand App (web based client). Each type of endpoint has proprietary algorithms to calculate the QoS score using various MOS models. At the end of the call, AT&T Office@Hand endpoints send their statistics via an RTCP-XR protocol to the AT&T Office@Hand Global Data Collector (GDC) for call score evaluation.<br><br>**Mean Opinion Score**<br><br>Mean Opinion Score (MOS) is a measure of Quality of Experience and it is used to assess the human user's opinion of call quality. AT&T Office@Hand MOS scores are based on algorithmic estimates and rely on the various transport measures such as bandwidth, jitter, packet loss, latency and codecs. See the following Figure 1.<br><br>Source: https://asecare.att.com/wp-content/uploads/2019/02/ATT-Office@Hand-QoS-Reports-User-Guide-10.3.pdf<br>Page 4 |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

|   |   |   |
|---|---|---|
|   |   | **5.4.2  QoS Signalling**<br><br>For guaranteed services, QoS for multimedia applications can be requested from the network in several ways. The CPE, SCF's, BSM Managers and BSM ST's (edge routers) need to cooperate to provide QoS in the access network based on resource and admission control.<br><br>For relative QoS, the QoS parameters available to a customer are normally determined by an SLA, and any variation required should be handled by SLA renegotiation (or a bandwidth broker). If the network is incapable of meeting the service request (e.g. if the network itself changes state and is unable to meet the cumulative traffic loads admitted by the ingress traffic conditioners), neither the ingress traffic conditioners, nor the applications, are informed of this failure to maintain the associated service quality and the request simply will not be honoured. There is no requirement for the network to inform the application of this situation, and the application should determine if the service has not been delivered.<br><br>In future, network availability as well as resource requirements at least for high reliability services in DiffServ should be possible to be signalled by means of NSIS (see IETF RFC 2990 [i.23]) or RSVP.<br><br>Source: https://www.etsi.org/deliver/etsi_ts/102400_102499/102462/01.02.01_60/ts_102462v010201p.pdf, Page 24<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| 1-b | a Quality-of-Service (QoS) processor which is configured to:<br><br>process QoS related parameter values, which are retrieved from the SLA registry, that are representative of QoS valid for a plurality of relevant | Defendant provides a Quality-of-Service (QoS) processor, which is configured to process QoS related parameter values, which are retrieved from the SLA registry, that are representative of QoS valid for a plurality of relevant domains between the originating location and the destination location.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Office@Hand utilizes a processor ("QoS processor") to retrieve QoS-related parameters from the SLA registry and calculate MOS score ("QoS score") for the established communication paths. These parameters include |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

| | | |
|---|---|---|
| | domains between the originating location and the destination location, and | bandwidth, latency, jitter, and packet loss for the network domains ("plurality of relevant domains") that are within the communication path. <br><br> AT&T Office@Hand supports and provisions multiple endpoint types: hard phones (Polycom and Cisco devices), desktop (soft client), mobile (application for Android and iPhone), AT&T Office@Hand App (web based client). **Each type of endpoint has proprietary algorithms to calculate the QoS score using various MOS models.** At the end of the call, AT&T Office@Hand endpoints send their statistics via an RTCP-XR protocol to the AT&T Office@Hand Global Data Collector (GDC) for call score evaluation. <br><br> **Mean Opinion Score** <br><br> Mean Opinion Score (MOS) is a measure of Quality of Experience and it is **used to assess the human user's opinion of call quality. AT&T Office@Hand MOS scores are based on algorithmic estimates and rely on the various transport measures such as bandwidth, jitter, packet loss, latency and codecs.** See the following Figure 1. <br><br> Source: https://asecare.att.com/wp-content/uploads/2019/02/ATT-Office@Hand-QoS-Reports-User-Guide-10.3.pdf <br> Page 4 |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

### 6.1 Matrix for the determination of communications QoS criteria

The matrix in the table 2 is an extrapolation of that of ETSI ETR 003 [i.16]. If explored cell by cell, it enables to consider and hence to capture a comprehensive range of QoS requirements (SLO) for a specific service or offer, the purpose being to choose for each of these cells metrics allowing for an overall QoS evaluation.

The usage conditions in a service contract should specify the precise conditions of use of services to ensure an effective QoS assessment enables comparisons of performance to be made when the usage conditions vary. In the definitions given above or hereafter for each cell, the words "specified conditions" refer to the contract between the customer and the provider (SLA) that can be based on any national or European regulations or a mutual agreement while "stated conditions" refer to sales conditions made publicly available by the provider. Obviously, as highlighted above, it is crucial that the contract details the QoS specifications.

Source: https://www.etsi.org/deliver/etsi_eg/202000_202099/20200901/01.03.00_50/eg_20200901v010300m.pdf, Page 22

### 5.4.2 QoS Signalling

For guaranteed services, QoS for multimedia applications can be requested from the network in several ways. The CPE, SCF's, BSM Managers and BSM ST's (edge routers) need to cooperate to provide QoS in the access network based on resource and admission control.

For relative QoS, the QoS parameters available to a customer are normally determined by an SLA, and any variation required should be handled by SLA renegotiation (or a bandwidth broker). If the network is incapable of meeting the service request (e.g. if the network itself changes state and is unable to meet the cumulative traffic loads admitted by the ingress traffic conditioners), neither the ingress traffic conditioners, nor the applications, are informed of this failure to maintain the associated service quality and the request simply will not be honoured. There is no requirement for the network to inform the application of this situation, and the application should determine if the service has not been delivered.

In future, network availability as well as resource requirements at least for high reliability services in DiffServ should be possible to be signalled by means of NSIS (see IETF RFC 2990 [i.23]) or RSVP.

Source: https://www.etsi.org/deliver/etsi_ts/102400_102499/102462/01.02.01_60/ts_102462v010201p.pdf, Page 24

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

|  |  | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Defendant. |
|---|---|---|
| 1-c | predict, based on the values for QoS related parameters that are representative of QoS valid for relevant domains between the originating location and the destination location, a plurality of end-to-end QoS values, each end-to-end QoS value being representative of one communication path between the originating location and the destination location, the QoS processor being configured to rank and/or select, based on the plurality of predicted end-to-end QoS values, one or more communication paths between the originating | Defendant provides a Quality-of-Service (QoS) processor which is configured to predict, based on the values for QoS related parameters that are representative of QoS valid for relevant domains between the originating location and the destination location, a plurality of end-to-end QoS values, each end-to-end QoS value being representative of one communication path between the originating location and the destination location, the QoS processor being configured to rank and/or select, based on the plurality of predicted end-to-end QoS values, one or more communication paths between the originating location and the destination location.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Office@Hand utilizes the set of QoS values to determine the MOS score which represents the quality of the specific communication path between the starting point ("originating location") and the destination point ("destination location"). The QoS values are based on QoS-related parameters, including bandwidth, latency, jitter, and packet loss and are used to evaluate the quality of different communication paths based on the determined MOS scores. Upon Information & belief, the processor ranks and/or selects the best communication path based on the determined MOS scores. This process ensures that the communication session meets the required QoS standards and the call quality is improved. |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

| | | |
|---|---|---|
| | location and the destination location. | **6.3 QoS requirements review**<br><br>It is not always easy to define a value as the acceptable QoS level. Different situations may arise:<br><br>1) The user (in most cases the general public) wants to compare the QoS assessment of service offers from different providers, for example before contracting. In such case, the user wants to check the balance between the prices and the QoS actually achieved for these offers in order to identify which ones best match his needs. Then, in an ideal world, the user will have to find the best compromise between prices and contractual performances. In the current world, the situation is more complex as the SP has not always clear QoS commitments. Therefore, the user has to take into account the available QoS statistics.<br><br>2) The answer may be in the parameters itself: e.g. the mean opinion score for voice telephony is found "excellent". More often the QoS will be evaluated "good" depending on a statistical treatment of the results, e.g. > 80 % of answers states "high" or higher or alternately < 5 % states poor or less.<br><br>Source: https://www.etsi.org/deliver/etsi_eg/202000_202099/20200901/01.03.00_50/eg_20200901v010300m.pdf, Page 45 |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

|  |  |  |
|---|---|---|
|  |  | AT&T Office@Hand supports and provisions multiple endpoint types: hard phones (Polycom and Cisco devices), desktop (soft client), mobile (application for Android and iPhone), AT&T Office@Hand App (web based client). Each type of endpoint has proprietary algorithms to calculate the QoS score using various MOS models. At the end of the call, AT&T Office@Hand endpoints send their statistics via an RTCP-XR protocol to the AT&T Office@Hand Global Data Collector (GDC) for call score evaluation.<br><br>**Mean Opinion Score**<br><br>Mean Opinion Score (MOS) is a measure of Quality of Experience and it is used to assess the human user's opinion of call quality. AT&T Office@Hand MOS scores are based on algorithmic estimates and rely on the various transport measures such as bandwidth, jitter, packet loss, latency and codecs. See the following Figure 1.<br><br>Source: https://asecare.att.com/wp-content/uploads/2019/02/ATT-Office@Hand-QoS-Reports-User-Guide-10.3.pdf<br>Page 4 |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

| | | |
|---|---|---|
| | | **Mean Opinion Score Performance**<br><br>The Quality of Service Mean Opinion Score (MOS) Performance dashboard provides an overview of call quality levels based on minimum and target MOS thresholds for the previous month. Open the tool by clicking **Reports > Quality of Service,** then **MOS Performance.**<br><br>To deliver superior call quality, we expect a minimum average monthly MOS score of 3.5 or more for AT&T Office@Hand core services.<br><br>While 3.5 is the minimum acceptable for a good call, we generally aim for an average of 3.8 or above to maintain excellent quality levels. A summary of the key metrics available in the MOS dashboard is as follows:<br><br>Source: https://asecare.att.com/wp-content/uploads/2019/02/ATT-Office@Hand-QoS-Reports-User-Guide-10.3.pdf, Page 19<br><br>QoS allows network administrators to identify different traffic flows and treat them according to their individual requirements, rather than simply using the default mechanism, which is to directly forward traffic to hardware. QoS provides queue prioritization for traffic that is transmitted out a physical interface.<br><br>Source: https://www.att.com/ecms/dam/att/abs/QoS_Configuration_5600.pdf, Page 9 |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023

AT&T Inc. - Office@Hand - Claim Chart with respect to U.S. Patent No. 8,046,489

| | | |
|---|---|---|
| | | Queuing configuration is the QoS scheduling algorithmbased on class and interface. Four queues are providedper traffic class and up to four traffic classes are available in the class, for a total of 16 configurable queues as configured in the profile. |
| | | Traffic classes are prioritized in ascending order. The four queues within a traffic class are scheduled in weighted round robin (WRR) order. The weights can be configured to provide different bandwidth allocations for each queue within a traffic class. |
| | | Source: https://www.att.com/ecms/dam/att/abs/QoS_Configuration_5600.pdf, Page 10 |
| | | The general work flow for nondefault QoS mechanisms is as follows: <br> 1. Create a QoS policy. <br> 2. Apply the policy to an interface. |
| | | A QoS policy identifies traffic flows and specifies how each flow is to be treated. Policies allow traffic flows to be classified into a queue belonging to a traffic class. The traffic classes provide a priority queue mechanism for the flows. |
| | | If no QoS policy is set on an interface, the default behavior allows traffic to skip QoS processing and pass directly to the destination interface. |
| | | Source: https://www.att.com/ecms/dam/att/abs/QoS_Configuration_5600.pdf, Page 9 |
| | | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |

Note: Unless otherwise indicated, all internet sources last accessed and downloaded on April 27, 2023